# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| ELECTRONIC DATA SYSTEMS CORPORATION, § § § § Plaintiff, § § v. § § EDGE DESIGN STUDIOS D/B/A EDS D/B/A § EDS HOSTING § § Defendant. § § | Civil Action No. 1:06-CV-170 |

**ENTRY OF DEFAULT**

  I, Joan Gosnell, Deputy Clerk of Court for the United States District Court for the Western District of North Carolina, do hereby certify that (i) this action commenced on May 30, 2006 with the filing of a summons and complaint; (ii) a copy of the summons and complaint was served on Defendant on July 27, 2006 by personally delivering a true copy to Kristen Corsaro, a person of suitable age and discretion present at the time of service at Defendant's usual place of abode at 46 Acton Woods, Apt. E-3, Candler, North Carolina; and (iii) proof of such service was filed on September 14, 2006.

  I further certify that the docket entries indicate that the Defendant has not filed an answer or otherwise moved with respect to the complaint herein. The Defendant is therefore in default. The default of the Defendant is hereby noted and entered on the docket.

Dated:   Spetember 15, 2006
   Asheville, North Carolina

              Frank G. Johns, Clerk

          By: s/Joan Gosnell
            Deputy Clerk